# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2024

## NO.  03-23-00745-CV

**K. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on October 20, 2023.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.